KATHERINE F. WALCK, DEFENDANT-PETITIONER, v. JOHNS-MANVILLE PRODUCTS CORP., PLAINTIFF-RESPONDENT.

*Messrs. Wharton, Stewart & Davis* and *Mr. Richard H. Thiele, Jr.* for the petitioner.

*Messrs. Balk, Jacobs, Goldberger & Mandell* for the respondent.

February 10, 1970. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. NORRIS W. BARNES, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Gerald T. Foley, Jr.* for the petitioner.

*Mr. Maurice Denbo* and *Mr. Myron H. Gottlieb* for the respondent.

February 10, 1970. Granted.

LOUISE H. MOOHAN, PLAINTIFF-PETITIONER, v. STATE OF NEW JERSEY, DEPARTMENT OF LABOR AND INDUSTRY, EMPLOYMENT SECURITY, DEFENDANT-RESPONDENT.

*Messrs. Meredith, Meredith & Chase* for the petitioner.

*Mr. George F. Kugler, Jr., Mr. Stephen Skillman* and *Mr. Kenneth M. Olex* for the respondent.

February 10, 1970. Denied.